

# THE ATTORNEY GENERAL
## OF TEXAS

AUSTIN 11, TEXAS

GERALD C. MANN
XXXWILL WILSONXXXXXXXXX
ATTORNEY GENERAL

Honorable Will Mann Richardson
Assistant Secretary of State
Austin, Texas

Dear Sir:

Opinion No. O-4355
Re: Corporations - charitable
undertakings

Your request for opinion has been received and carefully considered by this department. We quote from your request as follows:

> "We are enclosing an application for a charter for the Penny A Day Club together with an affidavit giving more specific information about the work of the corporation.

> "It is the opinion of this Department that such a corporation does not come within any of the Subdivisions of Article 1302½ even though the words 'charitable undertaking' are used.

> "While we agree that the purpose may be laudable one, we do not believe it comes within the provisions of Article 1302, and we are, therefore, submitting the matter to your Department for consideration in order that you may determine whether such a corporation does come within the statutes."

The affidavit enclosed among other things given the following information:

> "(c) That the business to be transacted by the corporation will be: (Please outline fully)

> "The establishment in each community in the United States under the sponsorship of the local Junior Chamber of Commerce or local service organization, a chapter of the 'Penny a Day Club'; each club will collect voluntary contributions of a penny a day from school children and others and periodically transmit such funds collected to the corporation, which will act as a central pooling agency. The money pooled, and/or materials of war purchased by such funds, will be turned over to the U. S. Government as a gift of the Club and the Nation's school children, as a contribution towards the war effort.

"and that no other business of any nature whatsoever is sought to be transacted under said charter other than that above enumerated.

".....

"(f) That the income of the corporation is to be derived from the following sources:

"Each local 'Penny a Day Club' will periodically transmit the money it has collected to the corporation.

"(g) That the income is to be disbursed for the following purposes:

"The money itself, or materials of war purchases by it, will be given to the U. S. Government as a gift of the Nation's children and the club.

"That none of said income is to be credited to surplus or inure to the benefit of any member, shareholder or individual.

"(h) That the salaries of the officers will be: "Nothing, until the affairs of the corporation demand a full time executive. The By-laws provide that the total administrative expenses shall not exceed 1% of the total receipts.

"......"

While the purpose of the proposed corporation is highly laudable and patriotic it is our opinion that you have correctly answered the question.

Very truly yours

APPROVED FEB. 5, 1942
   GROVER SELLERS
FIRST ASSISTANT
ATTORNEY GENERAL

ATTORNEY GENERAL OF TEXAS

By      Wm. J. Fanning
                Assistant

WJF:GO:ml